

FILED & JUDGMENT ENTERED
Steven T. Salata

Oct 24 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Shelby Division

IN RE:

Karen A Talbert

SSN#: XXX-XX-3311

Chapter 13
CASE NO:    10-40730
Related Court Docket Number: 61

## ORDER

ON 10/23/2013, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:
Motion to Dismiss/Convert/Modify

**AND, THIS COURT FINDS** that:

[ X ]  Plan payments are in substantial default.

[ X ]  Debtor can resume payments.

**IT IS, THEREFORE, ORDERED** that:

[ X ]  Plan payments are set at **$3,650.00** per month, with the plan extended and the minimum general unsecured dividend adjusted if necessary.

[ X ]  Attorney for debtor allowed presumptive, non-base fee of **$200.00**.

| CERTIFICATE OF SERVICE | |
|---|---|
| The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on October 24, 2013. | This Order has been signed electronically, pursuant to administrative order of the Court. Effective as of date of entry. |
| A. Owens<br>Office of the Chapter 13 Trustee | J. Craig Whitley<br>UNITED STATES BANKRUPTCY JUDGE |

Karen A Talbert, 1570 Burkley Street, Morganton, NC  28655